IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DONALD C. GRIFFITH** | : | **CIVIL ACTION** |
| v. | | |
| **LABORERS INTERNATIONAL UNION OF NORTH AMERICA, LOCAL NO. 1174** | : | **NO.10-6181** |
| | : | |

## ORDER

**AND NOW**, this ___ of July, 2012, upon consideration of Defendant's Motion for Summary Judgment (Doc. 17), Plaintiff's Response (Docs. 20, 21), and Defendant's Reply (Docs. 24, 25, 26), Defendant's Motion for Summary Judgment **IS HEREBY GRANTED.**[1]

**IT IS FURTHER ORDERED** that the Clerk of Court mark this matter as **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker
_____
Hon. Petrese B. Tucker, U.S.D.J.

---

[1] This Order accompanies the Court's Memorandum Opinion, dated July __, 2012.